In the Matter of the Claim of CHARLES KIENA, Appellant, against BARRETT, NEPHEWS & Co., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, by default, without costs. Present — Van Kirk, P. J.; Hinman, Davis, Hill and Hasbrouck, JJ.